UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY WEBB ex rel USA <br> Plaintiff, <br> <br> v. <br> <br> MILLER FAMILY ENTERPRISE and <br> M DRUG LLC <br> Defendants, | ) <br> ) <br> ) <br> ) Civil No. 1:13-cv-00169-DBH <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision entered by U.S. District Judge, D. Brock Hornby on November 20, 2014;

Judgment of dismissal is hereby entered for defendants, Miller Family Enterprise & M Drug LLC, and against the plaintiff, Jeffrey Webb.

                                                                          CHRISTA K. BERRY
                                                                         CLERK


                                     By:    /s/Michelle Thibodeau
                                                      Deputy Clerk

Dated: November 20, 2014